IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA

| | |
|---|---|
| IN RE:<br><br>STAY OF CIVIL PROCEEDINGS IN THE UNITED STATES DISTRICT COURT FOR THE MIDDLE DISTRICT OF GEORGIA IN LIGHT OF LAPSE OF APPROPRIATIONS | Administrative Order No. 2025-01 |

## ADMINISTRATIVE ORDER STAYING CIVIL PROCEEDINGS IN LIGHT OF LAPSE OF APPROPRIATIONS

1. At midnight on October 1, 2025, federal funding for certain functions of the United States of America, including the Department of Justice, lapsed. The same is true for most Executive agencies.

2. Since that time, no appropriation bill or continuing resolution has been passed that would restore funding to the Department or other federal agencies that have experienced a lapse in appropriations. The Department does not know when funding will be restored by Congress.

3. Absent an appropriation, Department of Justice attorneys and employees of federal agencies are prohibited from working, even on a voluntary basis, except in very limited circumstances, including "emergencies involving the safety of human life or the protection of property." 31 U.S.C. § 1342.

4. The United States Attorney for the Middle District of Georgia, on behalf of the United States, its federal agencies, and its officers and employees, has requested an administrative order staying all civil cases (excluding civil immigration habeas matters)

in which the United States, its federal agencies, and its officers and employees are named parties or in which the United States Attorney or any Assistant United States Attorney is counsel of record based on the current lapse in appropriations.

5. IT IS HEREBY ORDERED that any and all civil cases (excluding civil immigration habeas matters) pending in the District Court for the Middle District of Georgia in which the United States, any of its federal agencies, or any of its officers and/or employees is a named party, including any such matter pending before a Magistrate Judge, is HEREBY STAYED until Congress has restored appropriations to the Department of Justice and the subject client agency or agencies, or enacted another continuing resolution, restoring funds to the Department and the subject client agency or agencies.

6. It is FURTHER ORDERED that the United States Attorney's Office shall notify the Court as soon as Congress has appropriated funds for the Department of Justice and the subject client agency or agencies or enacted another continuing resolution restoring funds to the Department and the subject client agency or agencies.

7. It is FURTHER ORDERED that at the point that Congress has appropriated funds for the Department and the subject client agency or agencies, or enacted another continuing resolution, restoring funds to the Department and the subject client agency or agencies, all deadlines in place as of the date of this Order shall automatically be extended for a period of time commensurate with the duration of the lapse in appropriations without further order of the Court.

SO ORDERED this __6th__ day of October, 2025.

                                              LESLIE ABRAMS GARDNER
                                              CHIEF JUDGE

3